**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OJI R WILSON<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MATOS TRANSPORT LLC, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No: 23-21378 (SDW) (AME)<br><br>**ORDER**<br><br>January 31, 2025 |

**WIGENTON,** District Judge.

This matter, having come before this Court on Plaintiff Oji R. Wilson's motion for default judgment against Defendants Matos Transport LLC and Andy Y. Matos (D.E. 35), and this Court having reviewed Plaintiff's submissions,

**IT IS** on this 31st day of January 2025,

**ORDERED** that Plaintiff's motion for default judgment is **DENIED** for failure to obtain Clerk's Entry of Default as to Matos Transport LLC and Andy Y. Matos, for failure to set forth damages, and because of the ongoing litigation with the non-defaulting Defendant. *See Alpine Fresh, Inc. v. Jala Trucking Corp.*, 181 F. Supp. 3d 250, 258 (D.N.J. 2016).

　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ *Susan D. Wigenton*
　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　André M. Espinosa, U.S.M.J.
　　　　Parties